# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Jeffrey Shelby,

                Plaintiff,        Case No. 18-12629

v.                                  Judith E. Levy
                                  United States District Judge

Lakeview Loan Servicing, LLC, et al.,        Mag. Judge David R. Grand

                Defendants.

_____/

## **ORDER GRANTING DEFENDANTS' MOTION TO EXTEND [30]**

This is a consumer finance case. On March 31, 2020, Defendants filed a motion to extend the end of discovery and the deadline for dispositive motions by ninety days each. (ECF No. 30.) Pursuant to Federal Rule of Civil Procedure 16, a scheduling order may be modified for good cause and with the judge's consent. Fed. R. Civ. Proc. 16(b)(4). Defendants explain that a deposition of a key witness has been delayed because of the ongoing COVID-19 pandemic. (ECF No. 30, PageID.269.) The Court finds that Defendants have shown good cause for the proposed modification of the scheduling order.

Accordingly, Defendants' Motion to Extend (ECF No. 30) is GRANTED. Discovery is due on July 6, 2020. The deadline for dispositive motions is August 4, 2020.

IT IS SO ORDERED.

Dated: April 7, 2020  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 7, 2020.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager